No. 1632, October Term, 1970. HUGHES TOOL CO. v. INGERSOLL-RAND CO., 403 U. S. 918;

No. 1654, October Term, 1970. GINZBURG v. UNITED STATES, 403 U. S. 931;

No. 1676, October Term, 1970. GAMBOCZ v. ELLMYER ET AL., 403 U. S. 919;

No. 1692, October Term, 1970. MACDONALD v. SHAW-NEE COUNTRY CLUB, INC., ET AL., 403 U. S. 932;

No. 1746, October Term, 1970. NATIONAL GYPSUM CO. ET AL. v. UNITED STATES GYPSUM CO., 403 U. S. 923;

No. 5022, October Term, 1970. SPECK v. ILLINOIS, 403 U. S. 946;

No. 5250, October Term, 1970. BOSTIC v. UNITED STATES, 402 U. S. 547;

No. 6545, October Term, 1970. LOMAX v. UNITED STATES, 401 U. S. 995;

No. 6684, October Term, 1970. VAN HOOK v. LLOYD, PENITENTIARY SUPERINTENDENT, 403 U. S. 920;

No. 6794, October Term, 1970. GRIJALVA v. UNITED STATES, 402 U. S. 1012;

No. 6857, October Term, 1970. CASTLE v. MOSELEY, WARDEN, 403 U. S. 908;

No. 6884, October Term, 1970. GUNZBURGER v. RICH-ARDSON, SECRETARY OF HEALTH, EDUCATION, AND WEL-FARE, 403 U. S. 934;

No. 6905, October Term, 1970. VARRELLA v. VARRELLA, 403 U. S. 909;

No. 6909, October Term, 1970. WOLFF v. BUCHKOE, WARDEN, 403 U. S. 909;

No. 6924, October Term, 1970. LANE ET AL. v. PATE, WARDEN, ET AL., 403 U. S. 921;

No. 6935, October Term, 1970. HYLER ET AL. v. REYN-OLDS METALS CO. ET AL., 403 U. S. 912;

No. 6951, October Term, 1970. HILLERY v. NELSON, WARDEN, 403 U. S. 921; and

No. 6975, October Term, 1970. SNYDER v. TENNES-SEE, 403 U. S. 935. Petitions for rehearing denied.